## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
212-373-3119

WRITER'S DIRECT FACSIMILE
212-492-0119

WRITER'S DIRECT E-MAIL ADDRESS
adelaney@paulweiss.com

**MEMO ENDORSED**

June 17, 2010

**By Facsimile**

The Honorable Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007-1312



RECEIVED
JUN 18 2010
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*Sotarriba et al. v. 53rd Street Partners LLC et al.*
Case No.: 09 Civ. 5425 (RPP) (JCF)

*Caravantes et al. v. 53rd Street Partners LLC et al.*
Case No.: 09 Civ. 7821 (RPP) (JCF)

Dear Judge Patterson:

We write on behalf of the plaintiffs in the above-captioned matters and with the consent of counsel for the defendants in the above-captioned matters.

With regard to the *Sotarriba* matter (09 Civ. 5425), we write to inform the Court that plaintiffs have reached an agreement in principle to settle with defendants 53rd Street Partners LLC, Stefano Frittella and Roberto Delledonne. Once the terms of the parties' agreement have been finalized, and the agreement has been memorialized and executed, we will submit an appropriate Stipulation of Dismissal to the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/19

*Application granted. The parties should submit the Stipulation of Dismissal by 7/19/10.*
*So ordered.*
*Robt P Patterson USDJ*
*6-18-10*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
The Honorable Robert P. Patterson                                          2

        With regard to the *Caravantes* matter (09 Civ. 7821), the parties continue to proceed with discovery while engaging in parallel settlement discussions. The parties have conferred and agree that additional settlement discussions may prove fruitful. Accordingly, the parties respectfully submit this joint request to extend the discovery and other pretrial deadlines in the *Caravantes* matter set in the Scheduling Order dated December 2, 2009 (Dkt. No. 12). This is the first request for an extension of time in the *Caravantes* matter. Enclosed with this letter, please find a Proposed Amended Scheduling Order setting forth a proposed discovery and pretrial schedule on which the parties have agreed.

        Respectfully submitted,

        Aaron S. Delaney

Enclosure

cc (by email):
    Kerry M. Parker, Esq. (counsel for defendants)
    Carmela Huang, Esq. (counsel for plaintiffs)